UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PHILIP G. NERI, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 13-3722 (RBK) (AMD) |
| | : | |
| v. | : | |
| | : | |
| NEW JERSEY STATE PAROLE BOARD, et al., | : | **MEMORANDUM AND ORDER** |
| | : | |
| Defendants. | : | |

Plaintiff is a former state prisoner who is proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. In November, 2014, this Court dismissed plaintiff's third amended complaint without prejudice as well as denied his request for the appointment of counsel. In March, 2015, plaintiff filed a motion for recusal. That motion was denied in July, 2015.

Presently pending before the Court is plaintiff's application for reconsideration and for the appointment of counsel. In light of this filing, the Clerk will be ordered to reopen this case.

Typically, this Court would rule on plaintiff's application for reconsideration and for the appointment of counsel at this time. However, plaintiff was released from incarceration on October 20, 2015, and has not provided this Court with his updated address. *See https://www20.state.nj.us/DOC_Inmate/details?x=1421092&n=0* (last visited on November 16, 2015). In light of plaintiff's failure to update his address, this Court will not rule on his application at this time and the Clerk will be ordered to re-close this case. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

Accordingly, IT IS this  23rd  day of  November, 2015,

ORDERED that the Clerk shall reopen this case so that the Court can rule on plaintiff's application for reconsideration and for the appointment of counsel; and it is further

ORDERED that the Court shall not rule on plaintiff's application at this time as he has failed to update his address with the Court in this action; and it is further

ORDERED that the Clerk shall re-close this matter due to plaintiff's failure to comply with L. Civ. R. 10.1, with the right to re-open upon plaintiff updating his contact information and satisfying the appropriate Rules.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge